IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ERIC PAUL MINDA,**

    **Petitioner,**

**v.** // **CIVIL ACTION NO. 1:15CV123**
                                       (Judge Keeley)

**DAVID BALLARD, Warden,**

    **Respondent.**

## ORDER REMANDING CASE TO THE MAGISTRATE JUDGE

On July 27, 2015, the pro se petitioner, Eric Paul Minda ("Minda"), filed a petition for writ of habeas corpus by a person in state custody pursuant to 28 U.S.C. § 2254 (Dkt. No. 1). On March 4, 2016, the Honorable James E. Seibert, United States Magistrate Judge, issued his Report and Recommendation ("R&R") (Dkt. No. 38). After careful review of the R&R, the Court **FINDS** that the evidence of record is insufficient for it to determine which of Minda's claims have been exhausted, and **REMANDS** this case to Magistrate Judge Seibert for an evidentiary hearing.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and the pro se petitioner, certified mail, return receipt requested.

DATED: April 21, 2016.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE